# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
## MANHATTAN DIVISION

In Re:                                    §
                                          §
Dawn Hotel Of NY, LLC                     §          Case No. 16-11355
                                          §
           Debtor                         §
                                          §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

SALVATORE LAMONICA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 140,322.69 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 148,086.58 | |

3) Total gross receipts of $321,162.51 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $32,753.24 (see **Exhibit 2**), yielded net receipts of $288,409.27 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $37,375.00 | $37,375.00 | $37,375.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 142,131.23 | 127,131.23 | 127,131.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 20,955.35 | 20,955.35 | 20,955.35 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 247,749.19 | 22,757.19 | 22,757.19 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 651,898.97 | 164,104.62 | 80,190.50 | 80,190.50 |
| **TOTAL DISBURSEMENTS** | $651,898.97 | $612,315.39 | $288,409.27 | $288,409.27 |

4)  This case was originally filed under chapter  on 05/12/2016, and it was converted to chapter 7 on 11/09/2016.  The case was pending for 44 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/02/2020                    By:/s/SALVATORE LAMONICA
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Chase Bank checking ending in 0431 | 1129-000 | 82.72 |
| Transfer from related Debtor to pay claims per order dated 6.25.19 docket 167 | 1221-000 | 157,743.49 |
| Chapter 11 bank account | 1229-000 | 163,336.30 |
| TOTAL GROSS RECEIPTS | | $321,162.51 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Windels Marx Lane & Mittendorf LLP | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 32,753.24 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $32,753.24 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | C T Corporation | | 0.00 | NA | NA | 0.00 |
| 2 | Kaptius Servicing Inc. | 4110-000 | NA | 37,375.00 | 37,375.00 | 37,375.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | | | $0.00 | $37,375.00 | $37,375.00 | $37,375.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SALVATORE LAMONICA | 2100-000 | NA | 17,670.46 | 17,670.46 | 17,670.46 |
| International Sureties Ltd. | 2300-000 | NA | 191.39 | 191.39 | 191.39 |
| EmpireNationalBank | 2600-000 | NA | 5,629.79 | 5,629.79 | 5,629.79 |
| United States Trustee Payment Center | 2950-000 | NA | 2,928.43 | 2,928.43 | 2,928.43 |
| The Law Offices Of Adrienne Woods, P.C. | 2990-000 | NA | 28,210.44 | 13,210.44 | 13,210.44 |
| LaMonica Herbst & Maniscalco, LLP | 3110-000 | NA | 43,149.25 | 43,149.25 | 43,149.25 |
| LaMonica Herbst & Maniscalco, LLP | 3120-000 | NA | 0.49 | 0.49 | 0.49 |
| GARY LAMPERT | 3310-000 | NA | 44,350.98 | 44,350.98 | 44,350.98 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $NA | $142,131.23 | $127,131.23 | $127,131.23 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Trustee Compensation: SALVATORE LAMONICA - CHAPTER 11 | 6101-000 | NA | 11,484.50 | 11,484.50 | 11,484.50 |
| Prior Chapter Attorney for Trustee Fees (Trustee Firm): LaMonica Herbst & Maniscalco, LLP | 6110-000 | NA | 5,239.25 | 5,239.25 | 5,239.25 |
| Prior Chapter Attorney for Trustee Expenses (Trustee Firm): LaMonica Herbst & Maniscalco, LLP | 6120-000 | NA | 9.30 | 9.30 | 9.30 |
| Prior Chapter Accountant for Trustee Fees (Trustee Firm): GARY LAMPERT | 6310-000 | NA | 4,222.30 | 4,222.30 | 4,222.30 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $NA | $20,955.35 | $20,955.35 | $20,955.35 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NY S Department of Taxation | | 0.00 | NA | NA | 0.00 |
| | NYC Dept. of Finance | | 0.00 | NA | NA | 0.00 |
| 27 | Adalex, Inc. | 5800-000 | NA | 207,142.00 | 0.00 | 0.00 |
| 26 | Charlestown Properties, Llc | 5800-000 | NA | 5,000.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 23 | Nyc Department Of Finance | 5800-000 | NA | 6,296.94 | 6,296.94 | 6,296.94 |
| 29 | Rvp Consulting, Inc. | 5800-000 | NA | 12,850.00 | 0.00 | 0.00 |
| 24 | Vernon Consulting, Inc. | 5800-000 | NA | 16,460.25 | 16,460.25 | 16,460.25 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $247,749.19 | $22,757.19 | $22,757.19 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barclay Damon | | 661.55 | NA | NA | 0.00 |
| | Barreto Pest Control | | 370.18 | NA | NA | 0.00 |
| | Benjamin J. Heitner | | 4,000.00 | NA | NA | 0.00 |
| | C&C Hardware, Inc. | | 5,509.50 | NA | NA | 0.00 |
| | Central Office Alarm | | 325.75 | NA | NA | 0.00 |
| | Century Waste Services, LLC | | 1,050.92 | NA | NA | 0.00 |
| | Croker Fire Drill Corporation | | 978.13 | NA | NA | 0.00 |
| | George E. Berger & Associates | | 750.00 | NA | NA | 0.00 |
| | Goldberg Consulting | | 10.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Jack Jaffa & Associates |  | 1,100.00 | NA | NA | 0.00 |
|  | JP Morgan Chase |  | 94,375.58 | NA | NA | 0.00 |
|  | Lending Club Business Loans |  | 115,973.10 | NA | NA | 0.00 |
|  | New Dawn Hotel, LLC |  | 148,140.34 | NA | NA | 0.00 |
|  | NYC Water Board |  | 10,706.51 | NA | NA | 0.00 |
|  | Robet V. Peters |  | 141,158.38 | NA | NA | 0.00 |
|  | State of New York |  | 1,532.80 | NA | NA | 0.00 |
|  | The Metro Group, Inc. |  | 575.95 | NA | NA | 0.00 |
|  | TVT Capital, LLC |  | 45,735.00 | NA | NA | 0.00 |
|  | Yellowstone Capital |  | 29,105.00 | NA | NA | 0.00 |
| 6 | Adalex, Inc. | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 11 | Armando T. Dunn | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 12 | Armando T. Dunn | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 7 | Charlestown Properties, Llc | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 8 | Charlestown Properties, Llc | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 18 | Chris Marshall | 7100-000 | NA | 0.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Consolidated Edison Company Of New York, Inc | 7100-000 | 27,449.98 | 31,545.97 | 31,545.97 | 31,545.97 |
| 25 | Consolidated Elevator | 7100-000 | NA | 7,252.30 | 6,633.72 | 6,633.72 |
| 5 | Department Of The Treasury | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 21 | Double D Ventures, Inc. | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 20 | Efrain Echevarria | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 22 | Gdsz, Llc | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 13 | Glenn Zinsmeyer | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 10 | Gordon T. Duggins | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 9 | Gordon T. Duggins | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 23 | Nyc Department Of Finance | 7100-000 | 3,164.24 | 18,703.06 | 18,703.06 | 18,703.06 |
| 15 | Pacific Place, Llc | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 16 | Pacific Place, Llc | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 19 | Park Overlook, Llc | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 14 | Qpl-Lc (Sb) Trust | 7100-000 | NA | 83,295.54 | 0.00 | 0.00 |
| 4 | Robinson Brog Leinwand Greene Genovese & Gluck P.C | 7100-000 | 10,601.06 | 8,832.75 | 8,832.75 | 8,832.75 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Wagner & Swerman, Llp | 7100-000 | 8,625.00 | 9,475.00 | 9,475.00 | 9,475.00 |
| 17 | Waltham Properties, Llc | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 30 | Certain Underwriters At Lloyds, London Subscribing | 7100-001 | NA | 5,000.00 | 5,000.00 | 5,000.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $651,898.97 | $164,104.62 | $80,190.50 | $80,190.50 |

**FORM 18**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-11355 | SCC | Judge: | Shelley C. Chapman | | Trustee Name: | SALVATORE LAMONICA |
|---|---|---|---|---|---|---|---|

Case Name:     Dawn Hotel Of NY, LLC

Date Filed (f) or Converted (c):     11/09/2016 (c)

341(a) Meeting Date:     12/20/2016

For Period Ending:     07/02/2020

Claims Bar Date:     05/15/2017

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Chapter 11 bank account (u) | 0.00 | 163,336.30 | | 163,336.30 | FA |
| 2.  Chase Bank checking ending in 0431 | 66,022.37 | 0.00 | | 82.72 | FA |
| 3.  Furniture & Equipment (office) | 0.00 | 0.00 | | 0.00 | FA |
| 4.  Leasehold improvements | 0.00 | 0.00 | | 0.00 | FA |
| 5.  Potential litigations insiders/preferences (u) | Unknown | 0.00 | | 0.00 | FA |
| 6.  Transfer from related Debtor to pay claims per order dated 6.25.19 docket 167 (u) | 0.00 | 157,743.49 | | 157,743.49 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $66,022.37 | $321,079.79 | | $321,162.51 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

The Trustee has retained LaMonica Herbst & Maniscalco, LLP, as his general counsel and Gary Lampert CPA, as his accountants to assist him with the administration of this case and the related estate of Dawn Hotel of NY, LLC.  This case was initially assigned to the Trustee as Chapter 11 Operating Trustee and then on November 9, 2016, the case was converted to Chapter 7.

After the bar date passed on May 15, 2017, the Trustee reviewed and analyzed the filed claims and worked with his accountant to investigate certain transfers that are avoidable pursuant to the Trustee's chapter 5 avoidance powers.  After determining that certain transfers were avoidable, the Trustee and Gordon H. Duggins ("Duggins"), Armando T. Dunn ("Dunn"), Adalex, Inc., Charlestown Properties, LLC, Pacific Place PLLC, Waltham Properties, PLLC, Double D Ventures, Inc., GDSZ, LLC, and Waltham Properties, LLC (the "Corporate Entities", and together with Duggins and Dunn, the "Duggins-Dunn Entities") entered into negotiations concerning these transfers and ultimately agreed to a settlement of the chapter 5 avoidance claims which was memorialized in writing and signed by all relevant parties on March 6, 2018.  The agreed settlement ("Duggins Dun Settlement") provides that Debtors and Duggins-Dunn Entities will pay all allowed claims in full without interest, including payment of administrative expenses of the estate and will withdraw any filed claims by Duggin-Dunn Entities or other entities related to the debtors and in return the Trustee will provide the Duggin-Dunn Entities with releases.  After approval of the Duggins Dunn Settlement on 5/23/18, the Trustee subsequently prepared an omnibus claim objection which was approved on 10/15/18 and simultaneously, the Trustee entered into settlement agreements with 2 creditors – the NY Department of Finance and Colonial Funding, both of which were approved by Court order dated 11/28/18. After objecting to all claims, or resolving the disputes through signed settlement agreements, the trustee entered into a stipulation with the Duggins-Dunn Entities to address allocation issues among the estates, which stipulation was approved by Court order dated 3/29/19. The Trustee is presently finalizing his fee applications and preparing the final report to make a distribution to all creditors.

Initial Projected Date of Final Report (TFR): 12/31/2017        Current Projected Date of Final Report (TFR): 07/01/2020

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 16-11355
Case Name: Dawn Hotel Of NY, LLC

Taxpayer ID No: XX-XXX1371
For Period Ending: 07/02/2020

Trustee Name: SALVATORE LAMONICA
Bank Name: EmpireNationalBank
Account Number/CD#: XXXXXX5582
Checking
Blanket Bond (per case limit): $58,367,734.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/17/16 | 1 | Dawn Hotel of NY, LLC Salvatore LaMonica, Chapter 11 Trustee | Transfer of Chapter 11 account | 1229-000 | $163,336.30 | | $163,336.30 |
| 12/01/16 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $365.93 | $162,970.37 |
| 12/02/16 | 2 | Wells Fargo | Turnover of pre-petition bank account | 1129-000 | $82.72 | | $163,053.09 |
| 01/03/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $242.34 | $162,810.75 |
| 02/01/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $242.01 | $162,568.74 |
| 03/01/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $218.24 | $162,350.50 |
| 04/03/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $241.30 | $162,109.20 |
| 05/01/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $233.19 | $161,876.01 |
| 06/01/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $240.60 | $161,635.41 |
| 07/03/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $232.49 | $161,402.92 |
| 07/06/17 | 101 | International Sureties Ltd. 701 Pyodras Street, Suite 420 New Orleans, LA 70139 | Ch 7 blanket bond renewal Bond #016030120 Reversal Correction needed for bond disbursement voiding all checks and recalculating all | 2300-000 | | ($111.57) | $161,514.49 |
| 07/06/17 | 101 | International Sureties Ltd. 701 Pyodras Street, Suite 420 New Orleans, LA 70139 | Ch 7 blanket bond renewal Bond #016030120 | 2300-000 | | $111.57 | $161,402.92 |

Page Subtotals: $163,419.02  $2,016.10

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

## FORM 4 10
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: 16-11355 | Trustee Name: SALVATORE LAMONICA | Exhibit 9 |
| Case Name: Dawn Hotel Of NY, LLC | Bank Name: EmpireNationalBank | |
| | Account Number/CD#: XXXXXX5582 | |
| | Checking | |
| Taxpayer ID No: XX-XXX1371 | Blanket Bond (per case limit): $58,367,734.00 | |
| For Period Ending: 07/02/2020 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/06/17 | 102 | International Sureties Ltd. 701 Pyodras Street, Suite 420 New Orleans, LA 70139 | Ch 7 Blanket Bond Premium Bond No.: 016030120 | 2300-000 | | $112.43 | $161,290.49 |
| 08/01/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $239.80 | $161,050.69 |
| 09/01/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $239.37 | $160,811.32 |
| 10/02/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $231.30 | $160,580.02 |
| 11/01/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $238.68 | $160,341.34 |
| 12/01/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $230.63 | $160,110.71 |
| 01/02/18 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $237.97 | $159,872.74 |
| 02/01/18 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $237.63 | $159,635.11 |
| 03/01/18 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $214.30 | $159,420.81 |
| 03/08/18 | 103 | The Law Offices of Adrienne Woods, PC | Expenses awarded per order dated 3.6.18 | 2990-000 | | $2,330.34 | $157,090.47 |
| 03/08/18 | 104 | Vernon Consulting, Inc. | Fees Awarded Per Order dated 3.6.18 | 5800-000 | | $8,320.12 | $148,770.35 |
| 04/02/18 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $226.85 | $148,543.50 |
| 05/01/18 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $213.67 | $148,329.83 |

| | Page Subtotals: | | | | $0.00 | $13,073.09 | |

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 16-11355
Case Name: Dawn Hotel Of NY, LLC

Taxpayer ID No: XX-XXX1371
For Period Ending: 07/02/2020

Trustee Name: SALVATORE LAMONICA
Bank Name: EmpireNationalBank
Account Number/CD#: XXXXXX5582
Checking
Blanket Bond (per case limit): $58,367,734.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/01/18 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $220.46 | $148,109.37 |
| 07/02/18 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $213.03 | $147,896.34 |
| 08/01/18 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $219.83 | $147,676.51 |
| 08/09/18 | 105 | International Sureties Ltd. 701 Pyodras Street, Suite 420 New Orleans, LA 70139 | 2018 Bond Premium Bond #: 016030120 | 2300-000 | | $78.96 | $147,597.55 |
| 09/04/18 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $219.43 | $147,378.12 |
| 10/01/18 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $212.01 | $147,166.11 |
| 11/01/18 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $218.73 | $146,947.38 |
| 07/09/19 | 6 | Park Overlook LLC | Transfer to pay claims per order dated 6.25.19 docket 167 | 1221-000 | $157,743.49 | | $304,690.87 |
| 11/13/19 | 106 | SALVATORE LAMONICA LAMONICA HERBST & MANISCALCO, LLP 3305 JERUSALEM AVENUE, WANTAGH, NY 11793 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $17,670.46 | $287,020.41 |
| 11/13/19 | 107 | United States Trustee Payment Center P.O. Box 6200-19 Portland, OR 97228-6200 | Final distribution to claim 31 creditor account # representing a payment of 100.00 % per court order. | 2950-000 | | $2,928.43 | $284,091.98 |
| 11/13/19 | 108 | The Law Offices Of Adrienne Woods, P.C. <B>(Administrative)</B> 459 Columbus Avenue, #314 New York, New York 10024 | Final distribution to claim 28 creditor account # representing a payment of 82.36 % per court order. | 2990-000 | | $10,880.10 | $273,211.88 |

Page Subtotals:   $157,743.49   $32,861.44

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 16-11355
Case Name: Dawn Hotel Of NY, LLC

Trustee Name: SALVATORE LAMONICA
Bank Name: EmpireNationalBank
Account Number/CD#: XXXXXX5582
Checking

Taxpayer ID No: XX-XXX1371
For Period Ending: 07/02/2020

Blanket Bond (per case limit): $58,367,734.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/13/19 | 109 | LaMonica Herbst & Maniscalco, LLP | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3110-000 | | $43,149.25 | $230,062.63 |
| 11/13/19 | 110 | LaMonica Herbst & Maniscalco, LLP | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3120-000 | | $0.49 | $230,062.14 |
| 11/13/19 | 111 | GARY LAMPERT 100 MERRICK ROAD, 211W ROCKVILLE CENTER, NY | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3310-000 | | $44,350.98 | $185,711.16 |
| 11/13/19 | 112 | SALVATORE LAMONICA - CHAPTER11 LAMONICA HERBST AND MANISCALCO, LLP 3305 JERUSALEM AVE SUITE 201, WANTAGH, NY  11793 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 6101-000 | | $11,484.50 | $174,226.66 |
| 11/13/19 | 113 | LaMonica Herbst & Maniscalco, LLP | Final distribution creditor account # representing a payment of 100.00 % per court order. | 6110-000 | | $5,239.25 | $168,987.41 |
| 11/13/19 | 114 | LaMonica Herbst & Maniscalco, LLP | Final distribution creditor account # representing a payment of 100.00 % per court order. | 6120-000 | | $9.30 | $168,978.11 |
| 11/13/19 | 115 | GARY LAMPERT 100 MERRICK ROAD, 211W ROCKVILLE CENTER, NY | Final distribution creditor account # representing a payment of 100.00 % per court order. | 6310-000 | | $4,222.30 | $164,755.81 |
| 11/13/19 | 116 | Nyc Department Of Finance Tax, Audit And Enforcement Division 345 Adams Street, 10Th Floor Brooklyn, Ny 11201 Attn: Bankruptcy Unit | Final distribution to claim 23 creditor account # representing a payment of 100.00 % per court order. | 5800-000 | | $6,296.94 | $158,458.87 |
| 11/13/19 | 117 | Vernon Consulting, Inc. 344 E 65Th St 3C New York, Ny 10065 | Final distribution to claim 24 creditor account # representing a payment of 49.45 % per court order. | 5800-000 | | $8,140.13 | $150,318.74 |

Page Subtotals:                                                                                            $0.00            $122,893.14

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 16-11355
Case Name: Dawn Hotel Of NY, LLC

Trustee Name: SALVATORE LAMONICA
Bank Name: EmpireNationalBank
Account Number/CD#: XXXXXX5582
Checking

Taxpayer ID No: XX-XXX1371
For Period Ending: 07/02/2020

Blanket Bond (per case limit): $58,367,734.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/13/19 | 118 | Consolidated Edison Company Of New York, Inc<br>Bankruptcy Group<br>4 Irving Place, Room 1875-S<br>New York, Ny 10003 | Final distribution to claim 1 creditor account # representing a payment of 100.00 % per court order. | 7100-000 | | $31,545.97 | $118,772.77 |
| 11/13/19 | 119 | Wagner & Swerman, Llp<br>450 Wireless Boulevard<br>Hauppauge, Ny 11788 | Final distribution to claim 3 creditor account # representing a payment of 100.00 % per court order. | 7100-000 | | $9,475.00 | $109,297.77 |
| 11/13/19 | 120 | Robinson Brog Leinwand Greene Genovese & Gluck P.C<br>875 Third Avenue, 9Th Floor<br>New York, Ny 10022 | Final distribution to claim 4 creditor account # representing a payment of 100.00 % per court order. | 7100-000 | | $8,832.75 | $100,465.02 |
| 11/13/19 | 121 | Nyc Department Of Finance<br>Tax, Audit And Enforcement Division<br>345 Adams Street, 10Th Floor<br>Brooklyn, Ny 11201<br>Attn: Bankruptcy Unit | Final distribution to claim 23 creditor account # representing a payment of 100.00 % per court order. | 7100-000 | | $18,703.06 | $81,761.96 |
| 11/13/19 | 122 | Consolidated Elevator<br>Ardi Gashi<br>5-48 50Th Ave.<br>Long Island City, Ny 11101 | Final distribution to claim 25 creditor account # representing a payment of 100.00 % per court order. | 7100-000 | | $6,633.72 | $75,128.24 |
| 11/13/19 | 123 | Certain Underwriters At Lloyds, London Subscribing<br>Lena Marie Carlucci<br>Mendes & Mount, Llp<br>750 Seventh Avenue<br>New York, Ny 10019-6829 | Final distribution to claim 30 creditor account # representing a payment of 100.00 % per court order. | 7100-000 | | $5,000.00 | $70,128.24 |
| 11/13/19 | 124 | Windels Marx Lane & Mittendorf LLP<br>Attorneys for Duggins Dunn Parties<br>c/o Alan Nisselson, Esq.<br>156 West 56th Street<br>New York, NY 10019 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 8200-002 | | $32,753.24 | $37,375.00 |
| 11/13/19 | 125 | Kaptius Servicing Inc.<br>c/o Holly S. Falkowitz, Esq.<br>120 West 45th Street, 4th Floor<br>New York, NY 10036 | Final distribution to claim 2 creditor account # representing a payment of 100.00 % per court order. | 4110-000 | | $37,375.00 | $0.00 |

Page Subtotals:                                                    $0.00            $150,318.74

16-11355-scc   Doc 76   Filed 07/23/20   Entered 07/23/20 19:18:17   Main Document
Pg 17 of 18

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: 16-11355 | | | | Trustee Name: SALVATORE LAMONICA | | |
| Case Name: Dawn Hotel Of NY, LLC | | | | Bank Name: EmpireNationalBank | | |
| | | | | Account Number/CD#: XXXXXX5582 | | |
| | | | | Checking | | |
| Taxpayer ID No: XX-XXX1371 | | | | Blanket Bond (per case limit): $58,367,734.00 | | |
| For Period Ending: 07/02/2020 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/24/19 | 125 | Kaptius Servicing Inc. c/o Holly S. Falkowitz, Esq. 120 West 45th Street, 4th Floor New York, NY 10036 | Final distribution to claim 2 creditor account # representing a payment of 100.00 % per court order. Reversal | 4110-000 | | ($37,375.00) | $37,375.00 |
| 12/24/19 | 126 | Kapitus Servicing Inc. | Final distribution replaces check # 125 | 4110-000 | | $37,375.00 | $0.00 |
| 06/10/20 | 123 | Certain Underwriters At Lloyds, London Subscribing Lena Marie Carlucci Mendes & Mount, Llp 750 Seventh Avenue New York, Ny 10019-6829 | Final distribution to claim 30 creditor account # representing a payment of 100.00 % per court order. Reversal | 7100-000 | | ($5,000.00) | $5,000.00 |
| 06/10/20 | 119 | Wagner & Swerman, Llp 450 Wireless Boulevard Hauppauge, Ny 11788 | Final distribution to claim 3 creditor account # representing a payment of 100.00 % per court order. Reversal | 7100-000 | | ($9,475.00) | $14,475.00 |
| 06/10/20 | 127 | Wagner & Zwerman, Llp 201 Old Country Road Suite 202, Melville, New York 11747 | Final distribution to claim 3 creditor account # representing a payment of 100.00 % per court order. | 7100-000 | | $9,475.00 | $5,000.00 |
| 06/10/20 | 128 | Clerk, U.S. Bankruptcy Court | Remit To Court | 7100-001 | | $5,000.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | COLUMN TOTALS | | $321,162.51 | $321,162.51 |
| | | Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| | | Subtotal | | $321,162.51 | $321,162.51 |
| | | Less: Payments to Debtors | | $0.00 | $32,753.24 |
| | | Net | | $321,162.51 | $288,409.27 |

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

Page Subtotals:                    $0.00        $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5582 - Checking | $321,162.51 | $288,409.27 | $0.00 |
|  | $321,162.51 | $288,409.27 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $321,162.51 |
| Total Gross Receipts: | $321,162.51 |